AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Brayan LOPEZ-Cruz**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 17, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Joshua Steele
*Complainant's signature*

Joshua Steele, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: December 20, 2019

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**
Brayan LOPEZ-Cruz

**CRIMINAL COMPLAINT**

Case Number:

1. On December 17, 2019, at approximately 10:15 P.M. Border Patrol Agents (BPAs) encountered a group of eight subjects in a property located in Laredo, Texas in Webb County. BPAs were able to apprehend all eight subjects. A BPA conducted an immigration inspection on the subjects and determined that all were Illegal Aliens (IAs) who further admitted that they had just crossed the Rio Grande River, entering the United States illegally without presenting themselves for inspection. All subjects were transported to the Laredo South Border Patrol Station for processing.

2. At the Laredo South Border Patrol Station BPAs form the Field Intelligence Team (FIT) screened the group of IAs in an attempt to identify a foot guide. In their experience the FIT has acknowledged a trend of guides who operate in the Laredo South area of responsibly being from Nuevo Laredo, Mexico. Additionally, groups which traverse rural areas, such as the property where the group was apprehended, are commonly led by foot guides.

3. It was determined by the FIT that Brayan Lopez-Cruz, from Nuevo Laredo, Mexico was possibly the foot guide of group.

4. Bryan Lopez-Cruz was administered his Miranda Warnings and agreed to speak with BPAs without an attorney present. Lopez-Cruz admitted to bringing the group into the United States and guiding the group once they got into the United States He stated he was going to be paid $200 United States Dollars total if he could successfully smuggle the group into the United States. Lopez-Cruz explained that he used ish cellular phone to navigate and would be getting further instructions via telephone. Lopez-Cruz admitted to knowing that smuggling people into the U.S. was a crime but did so to help his family.

5. Ivan Garay-Huerta a citizen of Mexico was identified as a material witness. Garay-Huerta stated his father made arrangements for him to be smuggled into the United States for which he agreed to pay $80,000 Mexican Pesos upfront and an additional amount of money upon arrival to his final destination. Garay-Huerta was presented with a six person photo lineup in which he positively identified Lopez-Cruz as the guide of the group. Garay-Huerta stated that Lopez-Cruz instructed them to follow him. After following instructions Garay-Huerta was apprehended by BPAs.

6. Juan Carlos Arriaga-Nolasco a citizen of Mexico was identified as a material witness. Arriaga-Nolasco stated his family made arrangements for him to be smuggled into the United States and does not know how much they agreed to pay. Arriaga-Nolasco was presented with a six person photo lineup in which he positively identified Lopez-Cruz as the guide of the group. Arriaga-Nolasco stated that Lopez-Cruz instructed them to follow him. After following instructions Arriaga-Nolasco was apprehended by BPAs.

SUBSCRIBED and SWORN to before me on

_____20th_____ day of _____December, 2019_____

_____
Signature of Judicial Officer

/S/ Steele, Joshua    Border Patrol Agent
Signature of Complainant